**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,      )
                                        )
           Plaintiff,        )
                                         )
v.                             )         Case No. 08-CR-70-GKF
                                       )
MICHAEL LEON JAMESON,       )
                                       )
           Defendant.      )

## OPINION AND ORDER

Before the court are defendant Michael Leon Jameson's letter of April 5, 2011, requesting assignment of a federal public defender "in Anticipation of Allocution & Resentencing" [Dkt. #65], letters docketed June 20, 2011, and July 11, 2011, requesting, *inter alia,* assignment of legal counsel [Dkt. ##70, 75], and another letter docketed September 21, 2011 requesting appointment of counsel [Dkt. #91]. The court construes these letters as motions for appointment of counsel to assist him in pursuing his Motion to Vacate, Set Aside or Correct Sentence [Dkt. #59] filed pursuant to 28 U.S.C. §2255; his Motion for Judgment of Acquittal [Dkt. #71] and his Motion to Reverse Conviction and Acquit [Dkt. #75].

The court exercises its discretion to deny Jameson's motions for appointment of counsel at this time. There is no constitutional right to counsel beyond the direct appeal of a conviction. *See Swazo v. Wyoming Department of Corrections,* 23 F.3d 332 (10th Cir. 1994).

Accordingly, Jameson's motions for appointment of counsel [Dkt. ##65, 70, 75, 91] are denied.

ENTERED this 28th day of September, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma